PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2741

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., a minor, by and through her Guardian Ad Litem, LATISHA WATKINS; LATISHA WATKINS and MARIO TYLER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:22-cv-142 KJM AC<br><br>ORDER GRANTING STIPULATION FOR THREE MONTH EXTENSION OF TIME |

Based on the parties' stipulation and good cause appearing, the court hereby orders a three-month extension of deadlines in this case and sets the new deadlines as follows:

- Percipient discovery shall now close on June 16, 2023;

- Plaintiffs' expert witness disclosures shall be served on or before July 14, 2023;

- Defendant's expert witness disclosures shall be served on or before on August 25, 2023;

- Expert discovery and independent Medical Examinations shall be completed no later than October 6, 2023;

- Dispositive motions shall be heard no later than January 26, 2024.

- The pre-trial conference and trial dates will be set at a later date.

/////

1    IT IS SO ORDERED.

2

3   DATED:  February 6, 2023.

4

5                                          _____
                                           CHIEF UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Extension of Time          2
*L.T., a minor, et al., v. United States*, 2:22-cv-142