UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Latisha Watkins, et al., | No. 2:22-cv-00142-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| United States of America, | |
| Defendant. | |

    The exhibits in support of plaintiffs' petition for compromise of the minor's claim, ECF 22, and the exhibits in support of the United States' motion for good faith settlement determination in ECF Nos. 21-5 (Ex. 2), 21-7 (Ex. 4), and 21-9 (Ex. 6) contain sensitive personal and medical information including minor plaintiff L.T.'s full date of birth and name and plaintiff Watkins' full date of birth.  *See* Fed. R. Civ. P. 5.2 (unless ordered otherwise, filings may include only "the year of the individual's birth" and "the minor's initials").  The court finds good cause to seal those documents *sua sponte*.  *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see, e.g.*, *Nelson v. County of Pima*, No. 21-00455, 2022 WL 16834712, at *1 n.3 (D. Ariz. Nov. 9, 2022) (*sua sponte* sealing documents containing sensitive personal information). The clerk of court is directed to seal the filings at ECF Nos. 21-5, 21-7, 21-9, and 22.  The parties are directed to redact the documents in accordance with Federal Rule of Civil Procedure 5.2 and

1  Local Rule 140 and refile the documents immediately and no later than seven (7) days of the
2  filing date of this order.
3      IT IS SO ORDERED.
4  DATED: September 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE